## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

     Plaintiff

v.

    CRIMINAL ACTION NO.
    1:11cr218-06-TWT

MAURICE JENKINS

     Defendant

_____

### O R D E R

David Jones' Request for Leave of Absence [131]is before the Court for determination.  The Court GRANTS the Request for Leave of Absence for Mr. Jones in the above case for the period of time of August 10, 2011 through  August 30, 2011.

The court finds the granting of this request is in the interest of justice and all time accruing is excluded according to the provisions of 18 U S C§3161(h)(7)(B)(iv) allowing counsel reasonable time necessary for effective preparation.

SO ORDERED, this 19th  day July, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE